# JacksonLewis

**Jackson Lewis P.C.**
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  631-247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

February 17, 2021

**VIA ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Rm. 704S
Brooklyn, New York 11201

> Re:  *Ortega, et al. v. Ernie's Auto Detailing Inc., et al.*
> Civil Case No.:  20-cv-3007
>
> *Perez, et al. v. Ernie's Auto Detailing Inc., et al.*
> Civil Case No.:  20-cv-4798
>
> *Rosario, et al. v. Ernie's Auto Detailing Inc., et al.*
> Civil Case No.:  20-cv-3762

Dear Judge Cogan:

As counsel for Defendants Ernie's Detailing, Inc. and Ernesto Decena, we write to provide a status update ahead of the status conference scheduled for February 18, 2021 at 1:00 pm. The parties are in the process of scheduling a consolidated mediation with an EDNY panel mediator in this matter.[1]  In light of the Department of Labor's position (*Ortega* Dkt. 42), the parties in the instant matter do not object to continued consolidated proceedings separate from the *Scalia* action, and request that the stay in this matter extend to the contemplated mediation date (if extension should be necessary to achieve that), with the parties to provide a status update to the Court within two business days following completion of mediation.[2]

We thank the Court for its continued attention to this matter and will be ready to answer the Court's further questions at tomorrow's conference.

Respectfully submitted,

JACKSON LEWIS P.C.

*Noel P. Tripp*

Noel P. Tripp

NPT:dc
cc:    All Counsel of Record (via ECF)
         Amy Tai, Esq. (via Electronic Mail)

---

[1] More specifically, the parties have communicated with two agreed-upon panel mediators, Ray Nardo, Esq. and Marjorie Berman, Esq., and are in the process of trying to finalize a March mediation date.

[2] The parties respectively reserve all rights relating to consolidation of proceedings beyond mediation.